Unsealed on 5/4/10

**SEALED**

10 APR 29 PM 2:12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER T. CLEARY, ) <br> ) <br> Defendant. ) <br> _____ ) | MAGISTRATE CASE NO. _____ <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 18 U.S.C. § 2422(b) - <br> Coercion and Enticement and <br> Title 18 U.S.C. § 2 - Attempt. <br><br> 10 MJ 1410 |

The undersigned Complainant, being duly sworn, states:

On or about and between September 2008 and April 2010, within the Southern District of California, Christopher T. CLEARY, defendant, did knowingly use or attempt to use a means of interstate commerce, the Internet, to persuade, induce or entice an individual who has not attained the age of 18 years, to engage in sexual activity for which said defendant can be charged with a criminal offense, to wit: violating California Penal Code § 288.4 (contact with minor with intent to commit sexual offense), California Penal Code §288.2 (sending of harmful matter to minor with intent to seduce minor), all in violation of Title 18, United States Code, Sections 2422(b) and Title 18, United States Code, Section 2.

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Marina Griffin
Special Agent, U.S. ICE

Sworn to me and subscribed in my presence this 29th day of April 2010.

_____
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

I am a Special Agent with the U.S. Immigration and Customs Enforcement (ICE) within the U.S. Department of Homeland Security having been so employed for approximately two years. I am currently assigned to the Cyber-Crimes division within the ICE Office of Investigations, in San Diego, California. I have received training from the Federal Law Enforcement Training Center and other law enforcement agencies in the area of child pornography investigations and pedophile behavior. As part of my current duties as an ICE agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography. I have participated in the execution of numerous search and arrest warrants, many of which involved child exploitation and/or child pornography offenses. I am in routine contact with experts in the field of computers, computer forensics, and internet investigations. As a federal agent, I am authorized to investigate violations of laws of the United States and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. In preparation of this affidavit, I have discussed the facts of this case with other law enforcement agents/officers within ICE and the Internet Crimes Against Children (ICAC) task force. I am currently assigned to the ICAC task force in San Diego, California. This task force includes members of the San Diego Police Department, San Diego County Sheriff's Department, U.S. Postal Inspection Service, Federal Bureau of Investigation, Naval Criminal Investigative Service, U.S. Attorney's Office and the San Diego County District Attorney's Office.

In November 2007, agents from the United States Immigration and Customs Enforcement (ICE), Office of the Assistant Special Agent in Charge, Calexico, CA (ASAC/CA) responded to an advertisement placed on the Internet website www.craigslist.org regarding a potential case of child prostitution. The advertisement claimed to be posted by a woman who appeared to be attempting to prostitute her minor sister in and around Mexico and the California border region.

ASAC/CA agents, in an undercover capacity, responded to the advertisement and, over

the period of several months, engaged the person who posted the ad in a series of online communications. The person who posted the add made plans with the undercover agents to sell the child into prostitution in the San Diego, CA / Tijuana, Mexico border region.

ASAC/CA agents discovered the real identity of the person with whom they were communicating. The person was a man in New Jersey named Ben SUKOVICH. In July 2008, ICE agents executed a search warrant at the SUKOVICH residence. SUKOVICH admitted he had posted the advertisements but claimed it was a sexual game for him and that he did not have access to children. SUKOVICH said he had met a number of people online who had responded to his offer to sell a child for sex. SUKOVICH agreed to allow ASAC/CA agents to assume his online identities in order to investigate these contacts who were allegedly seeking child sex.

Between September 2008 – April 2009, ASAC/CA agents utilized the SUKOVICH account and received several solicitations asking about the female minor available for sex. One of the subjects soliciting such information utilized the screen name PALE FACE and the email address diznufus@yahoo.com.

During these chats and emails, PALE FACE acknowledged that he was attempting to have sex with a female minor "young enough to put me in jail." PALE FACE contacted the undercover agents who he allegedly believed to be this female minor (hereafter referred to as "the female child") and asked her, "would you let me cum inside you". He also told the female child that he desired to "shoot my hot cum inside your tight pussy." During the chats PALE FACE made available to the female child two thirty second videos of an adult male masturbating his erect penis and one photograph of an erect penis. PALE FACE stated the videos and picture depict himself. PALE FACE repeatedly tried to convince the female child to send him naked pictures of herself.

On March 31, 2010, approximately one year after having last communicated with PALE FACE, ASAC/CA agents, utilizing the SUKOVICH accounts, received a solicitation from PALE FACE. ASAC/CA responded in an undercover capacity as 13 a year old female minor—the same female minor PALE FACE had communicated with earlier. PALE FACE remembered the female child as the girl from Mexico and immediately began soliciting sex of the female child.

3

|   |   |
|---|---|
| 1 | Between March 31, 2010-April 9, 2010 PALE FACE and the female child communicated via Internet chats, emails and live phone calls. During these communications, the female child made it clear several times that she was 13 years old. PALE FACE asked her if she would "let me get you preg?" PALE FACE also asked for "topless" photos of the female child and for a photo "of your pussy." PALE FACE repeatedly asked the female child to take naked pictures of herself and send them to him. For example, he requested that she "stand in front [of a mirror] and take a total nude, if you can take a close up of your pussy and ass that would be awesome, and take whatever shots you think are sexy." In another chat, the female child wrote, "im embarrased cause ther is not much to show . . . are u sure u like that? . . . i'm shy. you just want me in front of the mirror?" PALE FACE replied, "well you can take a full length picture of yourself that way, but if you just turn the camera towards you and take a pic of your top and pussy that would be cool too." PALE FACE told the female child to contact him when she was in New Jersey. PALE FACE also indicated his intention to meet the female child in New Jersey and engage in sexual acts with her. PALE FACE told the female child that he hopes he can fit inside her. |

Between March 31, 2010-April 9, 2010 PALE FACE and the female child communicated via Internet chats, emails and live phone calls. During these communications, the female child made it clear several times that she was 13 years old. PALE FACE asked her if she would "let me get you preg?" PALE FACE also asked for "topless" photos of the female child and for a photo "of your pussy." PALE FACE repeatedly asked the female child to take naked pictures of herself and send them to him. For example, he requested that she "stand in front [of a mirror] and take a total nude, if you can take a close up of your pussy and ass that would be awesome, and take whatever shots you think are sexy." In another chat, the female child wrote, "im embarrased cause ther is not much to show . . . are u sure u like that? . . . i'm shy. you just want me in front of the mirror?" PALE FACE replied, "well you can take a full length picture of yourself that way, but if you just turn the camera towards you and take a pic of your top and pussy that would be cool too." PALE FACE told the female child to contact him when she was in New Jersey. PALE FACE also indicated his intention to meet the female child in New Jersey and engage in sexual acts with her. PALE FACE told the female child that he hopes he can fit inside her.

Between April 7, 2010 – April 12, 2010, PALE FACE made contact via the Internet with ASAC/CA agents pretending to be an adult purveyor of child sex named "Liliana" that handled the aforementioned female child. PALE FACE entered negotiations with Liliana and attempted to arrange a meeting where Liliana would bring the female child to New Jersey so that PALE FACE could engage in sexual acts with her. It was tentatively planned that this meeting would occur at the end of April 2010, when the female child had her spring break and could visit New Jersey.

During the above referenced online communications with PALE FACE, PALE FACE regularly utilized the email address diznufus@yahoo.com to communicate with the female minor and with Liliana. This email address was attached to an online profile that provided the following name as the owner of the account: Christopher CLEARY.

Additionally, as documented above, PALE FACE engaged in a sexually explicit phone call with the female minor (the female minor was actually an ICE agent who made herself sound like a 13 year old female minor). In soliciting the female minor to call him, PALE FACE

provided his phone number: 609-610-0072.

On April 12, 2010, ASAC/CA agents issued a Department of Homeland Security Summons to Verizon Wireless for subscriber information for the phone number 609-610-0072. On April 15, 2010, Verizon responded with the following subscriber information for that phone number: Name: Christopher T. CLEARY

Billing Address: PO Box 314, Annandale, New Jersey 08801

ASAC/CA agents then contacted ICE Agents from the Office of the Special Agent in Charge, Newark, New Jersey(SAC/Newark). SAC/Newark agents then contacted a Postal Inspector to identify the subscriber for P.O. Box 314 Annandale, NJ. It was discovered that the P.O. Box is registered to a Christopher T. CLEARY at 1 Grace Drive, Annandale, NJ 08801 with NJ Driver License Number C5210 12483 03744, and phone number 609-610-0072.

SAC/Newark agents then ran NJ Driver License Number C5210 12483 03744 through law enforcement and Department of Motor Vehicles databases and discovered that the driver's license came back to Christopher T. CLEARY, date of birth (DOB) March 7, 1974, social security number (SSN) 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, driver license number C5210 12483 03744, residing at P.O. Box 314, Annandale, NJ 08801.

The DMV also provided a photograph of CLEARLY, which depicts a white male with pale skin and a blondish/reddish beard. DMV records state that CLEARLY is a white male, 36 years old, blue eyes and 5'6".

As documented in ASAC/CA reports, during the undercover chats with PALE FACE, PALE FACE emailed a description of himself to "Liliana", describing himself as 36 years old, 5'6," blonde hair, fair skin, blue eyes with a blondish/reddish beard.

The DMV check revealed a Christopher T. CLEARY residing at P.O. Box 314 Annandale, NJ 08801 with a driver license number C5210 12483 03744. DMV checks also indicate a 1996 gold Jeep Cherokee with NJ license YXX62B registered to Christopher CLEARY at that same address.

SAC/Newark agents conducted a Wage and Earnings check on CLEARY. The Wage checks indicate CLEARY is employed by Flemington Dodge, Chrysler, and Jeep dealership in

5

Flemington, NJ. An open source check of the Flemington Jeep website shows a sales department team description and photographs with a Chris CLEARY, certified sales consultant, phone (908) 788-5858, email ccleary@flemington.com. The photograph matches the description of the photograph from the drivers license.

As documented in ASAC/CA reports, during the undercover chats with PALE FACE, he sent three photographs of his face to the female child. These photographs were forwarded to SAC/Newark agents. SAC/Newark agents positively matched the photographs sent by ASAC/CA with the photograph of Chris CLEARY that appears on DMV records for CLEARY, as described above. The photograph of the man identified as Chris CLEARY on the car dealership website also matches this same physical description.

On or about April 16, 2010, SAC/Newark agents conducted surveillance at 1 Grace Drive, Annandale, NJ 08801. SAC/Newark agents identified a man that fit the description of CLEARY, from the DMV photograph as well as photographs sent by ASAC/CA. The man, identified as CLEARY, was seen on the back deck of the residence. At approximately 1230 hours, CLEARY left the residence in a gold Jeep Cherokee with NJ license plates YXX62B. As noted above, DMV checks identified this license plate and vehicle as belonging to CLEARY.

**Request for Sealing**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.

_____
Marina Griffin
Special Agent, U.S. ICE